**Exhibit A to the Complaint**

**Location:** Englishtown, NJ  
**Total Works Infringed:** 49  
**IP Address:** 67.86.199.32  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1FE45D323674A60E842B2E08415417325DF8B5FB<br>File Hash:<br>FE7AD6BA12DDCD4835A48A75DCF6627497E529AAA42E03781EFE4E1FB71237AC | 10-02-2022 03:24:32 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 2 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash:<br>C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 09-20-2022 12:12:07 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 3 | Info Hash: F9DD9DBCEF2B542CA89D25DB64445CB2B459E8F9<br>File Hash:<br>E423F43AC63A96F0DDEFE71F05D4FDF4000D8A0A77B65FED2D692B3D96E6121F | 08-21-2022 04:34:21 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 4 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash:<br>D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 08-18-2022 21:11:06 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 5 | Info Hash: FD41FFEA47B1C1C38BA3D55BD30D4173E6AC3038<br>File Hash:<br>ADD321380069555930E29C043F0B62315388570CD1D459815A2BC11BFAE310DE | 08-05-2022 21:18:31 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 6 | Info Hash: E1069C6681DE1584E554B119079495D8ED65DE04<br>File Hash:<br>612F1C257CF33AC18778BE338A2AE152A2C73164FA3BF4BE7EA98E40E8867BF4 | 08-01-2022 23:24:03 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 7 | Info Hash: 49F023028C6F9E3495B5E52DD58FA2ED4C293F4B<br>File Hash:<br>77B7CE0296FDF494B0DEE1E22B7D00E487CDBC0D27340ADAD9286A05EBA49484 | 07-26-2022 09:31:00 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 8 | Info Hash: 7627AC9B7358467E5C4E2004A9A121D3BD0066AA<br>File Hash:<br>3156B337F7CB16A3AE5912A56D46F0D46168816BBC57E90E01FB8D068F43364F | 07-18-2022 01:57:12 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 9 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash:<br>75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 07-12-2022 09:13:23 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 10 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash:<br>EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 07-02-2022 09:51:01 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 11 | Info Hash: 63166B4E820418B9CE98625D5B741CEBCC5100FB<br>File Hash:<br>291B7FE12E244D845850B59093A11ED85867F5E877B92CEC6FFFE6B6CD83C692 | 06-29-2022 06:13:55 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash: CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 06-25-2022 01:04:30 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 13 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 06-24-2022 09:36:29 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 14 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 06-24-2022 02:43:31 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 15 | Info Hash: EE39528C7065FF52B465D599BA395BF972CD06E6<br>File Hash: 56338A7A617E7F2E165DDC72067C31FCD89CCDED6D22F6EE987E68BF88444128 | 06-22-2022 12:14:11 | Blacked | 04-30-2017 | 06-15-2017 | PA0002037580 |
| 16 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 06-22-2022 12:10:54 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |
| 17 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 06-22-2022 02:19:57 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 18 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 06-22-2022 01:46:21 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 19 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 06-22-2022 01:23:56 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 20 | Info Hash: 7CE0C82288F68FABBD5A21F16DEC94A34F9799AA<br>File Hash: 061F5875482FC09204FC106AB5281AB8A5A39C8D7F4CCBA24F2E1F434E0A36C6 | 06-22-2022 00:29:06 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 21 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 06-22-2022 00:09:07 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 22 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 06-20-2022 19:56:39 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 23 | Info Hash: 167E2E8482C28B4B889B509D33CE05CF44B7407E<br>File Hash: 6EDFA8BCAF7E8BD58125A831C31EC93318CBDF6CCC885106EF3AF2979E787DEA | 06-19-2022 07:04:52 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash:<br>C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 06-12-2022 10:53:41 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 25 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 06-12-2022 03:43:29 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 26 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 06-12-2022 03:20:59 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 27 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash:<br>5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 06-11-2022 19:59:41 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 28 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash:<br>71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 06-11-2022 15:55:29 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 29 | Info Hash: 6037771671E3F13DC456266283B3B829A2CCD6C7<br>File Hash:<br>5F3CF9CF0EF6BF158D8D52710FB4431C09B4CD4B9EB8BD01E48D638C02B30D23 | 06-11-2022 12:58:25 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 30 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash:<br>985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 06-11-2022 12:09:32 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 31 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash:<br>F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 06-07-2022 01:31:53 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 32 | Info Hash: 1DE2F763010DA2CDC8A6FD27AF18A2B92B5FEA5E<br>File Hash:<br>342B796992C9B1A2A3255874246BBB5C03BF102F40C995786F64300520AA1FDE | 05-25-2022 16:39:56 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 33 | Info Hash: 79B11A923505F1BC77096092FC15A850FB55AC88<br>File Hash:<br>CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 05-25-2022 12:42:56 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 34 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 05-24-2022 19:37:26 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 35 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash:<br>84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 05-24-2022 19:35:34 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7ACBF7BCC4B18A641671E6CF164CAE88356DA798<br>File Hash:<br>250A14FF1CD8D766FC17F29C900CAB0DEFDAAF25A41B17A2124C9F14A89A02E5 | 04-18-2022 19:40:40 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 37 | Info Hash: DDA42BABC9BBF192225375B22EFA964C6E57A3DB<br>File Hash:<br>C59FC38C6909C49BB023650AACF8EE90C867E707B17471E71ECADAE2EDA8BFB3 | 04-16-2022 23:28:21 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 38 | Info Hash: 416B156C76CBA7BC8D9D45179AFA5A1855DE0F8F<br>File Hash:<br>43F7D7252AE183FEE4F5397F503C7A21087F355E1645F10E7A5379A83E63B95A | 03-25-2022 12:18:43 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 39 | Info Hash: 6968DEA4DF2820C3B451DC5ADACBBA4F50344604<br>File Hash:<br>9C4D4818C07FC3A82245AE2665738A32491E99A53781A45FD2DDC92C64D70C82 | 03-18-2022 20:13:58 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 40 | Info Hash: 51C927417993A2189442DA2F83DFAB63EC73644F<br>File Hash:<br>C21F38EBCB854B8A8A52359863F117DF981E494883AF36339299F1D11E6F267B | 02-20-2022 17:07:29 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 41 | Info Hash: 41C4E9A9C94939C52E98BEC92E7DFF229DF1CE4C<br>File Hash:<br>CB85878C2EC577F11C1C868EC2E7A6DEFDFCAAB2688D905C4019C3C744920D04 | 02-15-2022 07:35:22 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 42 | Info Hash: D67C840784052E4E2D79B98E182B8D84F2C9673F<br>File Hash:<br>744E73D9D37950C4E5C7F3E3D399F215F0B00023C80FDDAA8866DC43DAF953B0 | 12-20-2021 22:05:33 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 43 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 07-26-2021 05:30:27 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 44 | Info Hash: 32300CE73C9FF3961E9CA826433F063027AA00BA<br>File Hash:<br>0E71CF7D3FCFE06FA0F2256A9A9D0DA52C6FC2A50B8EDFEFBB66CE008D9DE452 | 07-06-2021 21:39:16 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 45 | Info Hash: 9CEA01EDB19CC547D5D2BA58ADC6F3A03C1AA20A<br>File Hash:<br>D2EE031DA7F7EE50A8A6FB4794883542D532EB8B9308E51B310676A438F87B3D | 07-04-2021 00:09:55 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 46 | Info Hash: 8D4211692E14A34A408D3A4A104CC91337F23D82<br>File Hash:<br>50ED1BBE3B09541CA9D58E8A49C152EF7984F5E7747D3342F2941FFCD3936052 | 06-29-2021 15:55:19 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 47 | Info Hash: B94E0FF4091360D3BB275B7F31054E9979EA3F54<br>File Hash:<br>2D857F2D79B020567AC43F7AC3E7F939D600B375BD0EBA5277523F696D786E6C | 06-28-2021 04:12:00 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F1F30F3FC22FE7E74FD60EC735B4DB32281D17F3<br>File Hash: 1C38313C5FEDDA3FF1BBDBFEDDD196BAEA29596BC6E7B383653375F503896A75 | 06-02-2021 23:00:20 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 49 | Info Hash: 26C4F2FB257123461A249C11BC036C163F8EE7A1<br>File Hash: C060955662966ABDCA2D5CAC8E200AC90CCCDA77CA6A8AD37341DD8CFA019E6A | 06-02-2021 22:58:52 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |